```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHERINE ELIZABETH BARNET AND WILLIAM :
JOHN FLETCHER, AS LIQUIDATORS OF OCTAVIAR :
ADMINISTRATION PTY LTD (IN LIQUIDATION), :

                Plaintiffs,

    v.

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP, :
FORTRESS INVESTMENT GROUP LLC, GLENN :
PATRICK CUMMINS, CONSTANTINE MICHAEL :
DAKOLIAS, AND MARC KEITH FURSTEIN, :

                Defendants.
------------------------------------------------------------x

Case No. 14-cv-1376 (PKC)

SO ORDERED
/s/ P. Kevin Castel
USDJ
5-26-15

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Katherine Elizabeth Barnet and William John Fletcher, as Liquidators of Octaviar Administration Pty Ltd (In Liquidation), and Defendants Drawbridge Special Opportunities Fund LP, Fortress Investment Group LLC, Glenn Patrick Cummins, Constantine Michael Dakolias, and Marc Keith Furstein, through their undersigned counsel, that the above-captioned action is voluntarily dismissed and discontinued with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and that each party shall bear his, her or its own costs, expenses, and attorneys' fees relating to the entirety of the above-captioned action.

IT IS FURTHER STIPULATED AND AGREED, that this Agreement may be executed by facsimile or email and in counterparts, all of which shall together constitute one and the same instrument. For the purposes of this stipulation, copies of signatures shall be deemed originals. Any party hereto may present this stipulation to the Court without notice to any other party.

Dated: New York, New York
       May 26, 2015

| KAYE SCHOLER LLP | SIDLEY AUSTIN LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Madlyn Gleich Primoff, Esq. | John G. Hutchinson |
| Angela R. Vicari, Esq. | Lee S. Attanasio |
| Joseph Otchin, Esq. | Nicholas K. Lagemann |
| 250 West 55th Street | 787 Seventh Avenue |
| New York, New York 10019 | New York, New York 10019 |
| (212) 836-8000 | (212) 839-5300 |
| mprimoff@kayescholer.com | jhutchinson@sidley.com |
| *Attorneys for Plaintiffs* | -- and -- |
| | Jacob M. Kaplan |
| | Baker & McKenzie LLP |
| | 452 Fifth Avenue |
| | New York, New York 10018 |
| | (212) 891-3896 |
| | Jacob.kaplan@bakermckenzie.com |
| | *Attorneys for Defendants* |